1  Christopher D. Holt, Bar No. 228399
   KLINEDINST PC
2  5 Hutton Centre Drive, Suite 1000
   Santa Ana, California  92707
3  (714) 542-1800/FAX (714) 542-3592
   cholt@klinedinstlaw.com
4
   Attorneys for Defendant
5  VIRTUOSO SOURCING GROUP,
   LLC
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  SHAMIKA DENSON,                    Case No.   2:17-cv-01481-CBM-JPR

12            Plaintiff,               **JOINT NOTICE OF SETTLEMENT**

13        v.

14  VIRTUOSO SOURCING GROUP,
    LLC,
15
              Defendant.
16

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

KLINEDINST PC
5 HUTTON CENTRE DRIVE, SUITE 1000
SANTA ANA, CALIFORNIA  92707

1      TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF

2  RECORD:

3      Plaintiff SHAMIKA DENSON ("Plaintiff") and Defendant VIRTUOSO

4  SOURCING GROUP, LLC ("Defendant") hereby give notice that they have

5  reached a settlement in this matter.

6      Pursuant to Local Rule 5-4.3.4, I, Christopher D. Holt, attest that all other

7  signatories listed, and on whose behalf this filing is submitted, concur in the

8  filing's content and have authorized the filing.

9                            LAW OFFICES OF JONATHAN A.

10                           STIEGLITZ

11 DATED: November 20, 2017    By:  /s/ Jonathan A. Stieglitz

12                           Jonathan A. Stieglitz

13                           Attorneys for Plaintiff
                            SHAMIKA DENSON

14

15                           KLINEDINST PC

16 DATED: November 20, 2017    By:  /s/ Christopher D. Holt

17                           Christopher D. Holt

18                           Attorneys for Defendant

19                           VIRTUOSO SOURCING GROUP,
                            LLC

20 17125592v1

21

22

23

24

25

26

27

28

KLINEDINST PC
5 HUTTON CENTRE DRIVE, SUITE 1000
SANTA ANA, CALIFORNIA 92707