UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL                    JS-6

| Case No. | CV 17-01481-CBM (JPRx) | Date | December 21, 2017 |
|---|---|---|---|

| Title | *Shamika Denson v. Virtuoso Sourcing Group, LLC* |
|---|---|

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS)   ORDER AND NOTICE TO ALL PARTIES**

On December 1, 2017, the Court issued an order instructing the parties to file their stipulation and order for dismissal or judgment by December 20, 2017, in light of the parties settlement. As of this date no dismissal order has been filed.

It is therefore ordered that this action is hereby dismissed without prejudice. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

IT IS SO ORDERED.